UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
CLAUDINE MCKIDDY § Case No. 12-15196
§
§
Debtor(s) §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
    . The undersigned trustee was appointed on                  .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                   $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                   $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/DAVID R. BROWN_____
                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 12-15196 | DRC | Judge: | Donald R Cassling | Trustee Name: | DAVID R. BROWN |
|---|---|---|---|---|---|---|
| Case Name: | CLAUDINE MCKIDDY | | | | Date Filed (f) or Converted (c): | 04/13/2012 (f) |
| | | | | | 341(a) Meeting Date: | 07/03/2012 |
| For Period Ending: | 12/23/2014 | | | | Claims Bar Date: | 01/14/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 3947 Haven Hill Ct. Yorkville, IL 60560 | 121,900.00 | 0.00 | | 0.00 | FA |
| 2. 334 Danburry Dr. Naperville, IL 60565 Debtor has a half interest in this house needs a new roof needs new furnace needs a new driveway | 55,000.00 | 0.00 | | 141,000.00 | FA |
| 3. Checking account with Harris Bank | 600.00 | 0.00 | | 0.00 | FA |
| 4. Savings account with Harris Bank | 200.00 | 0.00 | | 0.00 | FA |
| 5. Checking account with Harris Bank | 150.00 | 0.00 | | 0.00 | FA |
| 6. Checking account with Harris | 3.00 | 0.00 | | 0.00 | FA |
| 7. Misc used household goods | 900.00 | 0.00 | | 0.00 | FA |
| 8. used clothing | 300.00 | 0.00 | | 0.00 | FA |
| 9. Term life insurance through employer - no current cash value | 0.00 | 0.00 | | 0.00 | FA |
| 10. Term life insurance through American Family Insurance - no cash surrender value | 0.00 | 0.00 | | 0.00 | FA |
| 11. 401(K) | 1,500.00 | 0.00 | | 0.00 | FA |
| 12. 2005 Dodge Durango - 92K miles | 5,484.00 | 0.00 | | 0.00 | FA |
| 13. 1 dog, 2 cats | 0.00 | 0.00 | | 0.00 | FA |
| 14. 1308 Goldenrod Drive, Naperville, IL (u) | 0.00 | N/A | OA | 0.00 | FA |
| 15. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 16. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 17. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 18. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 19. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 20. Void (u) | 0.00 | N/A | | 0.00 | FA |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 3)*

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit A

| Case No: | 12-15196 | DRC | Judge: | Donald R Cassling | Trustee Name: | DAVID R. BROWN |
|---|---|---|---|---|---|---|
| Case Name: | CLAUDINE MCKIDDY | | | | Date Filed (f) or Converted (c): | 04/13/2012 (f) |
| | | | | | 341(a) Meeting Date: | 07/03/2012 |
| For Period Ending: | 12/23/2014 | | | | Claims Bar Date: | 01/14/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 21. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 22. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 23. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 24. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 25. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 26. Void (u) | 0.00 | N/A | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $186,037.00    $0.00    $141,000.00    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/2013    Current Projected Date of Final Report (TFR): 12/15/2014

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 12-15196 | Trustee Name: | DAVID R. BROWN |
| --- | --- | --- | --- |
| Case Name: | CLAUDINE MCKIDDY | Bank Name: | GREEN BANK |
| | | Account Number/CD#: | XXXXXX9601 |
| | | | Checking Account |
| Taxpayer ID No: | XX-XXX6513 | Blanket Bond (per case limit): | |
| For Period Ending: | 12/23/2014 | Separate Bond (if applicable): | $0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/21/13 | | First American Title Insurance Comp 552 South Washington StreetSuite 217Naperville, IL 60540 | Sale of Real Estate | | $34,166.58 | | $34,166.58 |
| | | | Gross Receipts  $141,000.00 | | | | |
| | | | recording fees  ($34.75) | 2500-000 | | | |
| | | | later date fee  ($100.00) | 2500-000 | | | |
| | | | city/county tax stamps  ($70.50) | 2820-000 | | | |
| | | | reimbursement to kim wirtz  ($500.00) | 3520-000 | | | |
| | | | state tax stamps  ($141.00) | 2820-000 | | | |
| | | | water certification  ($22.33) | 2500-000 | | | |
| | | | proceeds to Ronald Coluzzi  ($34,166.57) | 8500-002 | | | |
| | | | survey to associated survey group  ($350.00) | 2500-000 | | | |
| | | | state of IL owners policy fee  ($3.00) | 2500-000 | | | |
| | | | earnest money  ($1,000.00) | 3510-000 | | | |
| | | | pay-off 1st mortgage; BOA  ($59,142.49) | 4110-000 | | | |
| | | | service/handling wire transfer fee  ($40.00) | 2500-000 | | | |
| | | | County taxes  ($3,312.78) | 2820-000 | | | |
| | | | realtors commission  ($6,050.00) | 3510-000 | | | |
| | | | owner's title insurance  ($1,250.00) | 2500-000 | | | |

| UST Form 101-7-TFR (5/1/2011) *(Page: 5)* | Page Subtotals: | $34,166.58 | $0.00 |
| --- | --- | --- | --- |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 12-15196 | Trustee Name: DAVID R. BROWN |
| Case Name: CLAUDINE MCKIDDY | Bank Name: GREEN BANK |
| | Account Number/CD#: XXXXXX9601 |
| | Checking Account |
| Taxpayer ID No: XX-XXX6513 | Blanket Bond (per case limit): |
| For Period Ending: 12/23/2014 | Separate Bond (if applicable): $0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | attorney fee to Letty L. Elwood ($600.00) | 3210-600 | | | |
| | | | closing protection coverage ($50.00) | 2500-000 | | | |
| | 2 | | 334 Danburry Dr. Naperville, IL 60565 Debtor has $141,000.00 | 1110-000 | | | |
| 11/25/13 | | First American Title Insurance Comp 552 South Washington StreetSuite 217Naperville, IL  60540 | Sale of Naperville property funds issued in error. Money refunded per order of 2/14/2014 | 3520-000 | | ($500.00) | $34,666.58 |
| 12/06/13 | | Green Bank | Bank Service Fee for November | 2600-000 | | $17.94 | $34,648.64 |
| 12/31/13 | | Green Bank US Trustee Services2900 North Loop West, Suite 200Houston, TX  77092 | Bank Service Fee | 2600-000 | | $54.11 | $34,594.53 |
| 01/31/14 | | Green Bank US Trustee Services2900 North Loop West, Suite 200Houston, TX  77092 | Bank Service Fee | 2600-000 | | $59.42 | $34,535.11 |
| 02/20/14 | 3001 | CLAUDINE MCKIDDY 1308 Golden Rod DriveNAPERVILLE, IL 60540 | Homestead exemption for 334 Danbury Dr., Naperville property          8100-002  $-15,000.00 | 8100-002 | | $15,000.00 | $19,535.11 |
| 02/28/14 | | Green Bank US Trustee Services2900 North Loop West, Suite 200Houston, TX  77092 | Bank Service Fee | 2600-000 | | $50.33 | $19,484.78 |
| 03/31/14 | | Green Bank US Trustee Services2900 North Loop West, Suite 200Houston, TX  77092 | Bank Service Fee | 2600-000 | | $46.59 | $19,438.19 |
| 04/02/14 | 3002 | INTERNATIONAL SURETIES, LTD 701 POYDRAS STREETSUITE 420NEW ORLEANS, LA  70139 | Blanket bond #016026455 2/01/14 to 2/10/15         2300-000  $-16.13 | 2300-000 | | $16.13 | $19,422.06 |
| 04/30/14 | | GREEN BANK US Trustee Services2900 North Loop West, Suite 200Houston, TX  77092 | bank service fee | 2600-000 | | $30.33 | $19,391.73 |
| 05/30/14 | | GREEN BANK US Trustee Services2900 North Loop West, Suite 200Houston, TX  77092 | bank service fee | 2600-000 | | $32.30 | $19,359.43 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*            Page Subtotals:            $0.00       $14,807.15

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: 12-15196 | Trustee Name: DAVID R. BROWN | |
| Case Name: CLAUDINE MCKIDDY | Bank Name: GREEN BANK | |
| | Account Number/CD#: XXXXXX9601 | |
| | Checking Account | |
| Taxpayer ID No: XX-XXX6513 | Blanket Bond (per case limit): | |
| For Period Ending: 12/23/2014 | Separate Bond (if applicable): $0.00 | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/09/14 | | GREEN BANK US Trustee Services 2900 North Loop West, Suite 200 Houston, TX 77092 | bank service fee | 2600-000 | | $7.05 | $19,352.38 |
| 06/10/14 | 3003 | Estate of CLAUDINE MCKIDDY, 12-15196 | transfer by deposit to Bank of NY Mellon | 9999-000 | | $19,352.38 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $34,166.58 | $34,166.58 |
| Less: Bank Transfers/CD's | $0.00 | $19,352.38 |
| Subtotal | $34,166.58 | $14,814.20 |
| Less: Payments to Debtors | $0.00 | $15,000.00 |
| Net | $34,166.58 | ($185.80) |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 7)*  Page Subtotals: $0.00  $19,359.43

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 12-15196
Case Name: CLAUDINE MCKIDDY
Taxpayer ID No: XX-XXX6513
For Period Ending: 12/23/2014

Trustee Name: DAVID R. BROWN
Bank Name: The Bank of New York Mellon
Account Number/CD#: XXXXXX7577
Money Market
Blanket Bond (per case limit):
Separate Bond (if applicable): $0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/18/14 | | Estate of CLAUDINE MCKIDDY, 12-15196 | Fund transfer  Transfer of funds to DRB as successor trustee. | 9999-000 | $19,352.38 | | $19,352.38 |
| 07/08/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.21 | $19,342.17 |
| 08/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.75 | $19,313.42 |
| 09/08/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.71 | $19,284.71 |
| 10/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $27.75 | $19,256.96 |
| 11/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.63 | $19,228.33 |
| 12/05/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $27.67 | $19,200.66 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $19,352.38 | $151.72 |
| Less: Bank Transfers/CD's | $19,352.38 | $0.00 |
| Subtotal | $0.00 | $151.72 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $151.72 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*          Page Subtotals:          $19,352.38          $151.72

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX7577 - Money Market | $0.00 | $151.72 | $19,200.66 |
| XXXXXX9601 - Checking Account | $34,166.58 | ($185.80) | $0.00 |
|  | $34,166.58 | ($34.08) | $19,200.66 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $106,833.42 |
|---|---|
| Total Net Deposits: | $34,166.58 |
| Total Gross Receipts: | $141,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:12-15196-DRC  
Debtor Name: CLAUDINE MCKIDDY  
Claims Bar Date: 1/14/2013  

Date: December 23, 2014

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | DAVID R. BROWN<br>400 SOUTH COUNTY FARM ROAD<br>WHEATON, IL  60187 | Administrative | | $0.00 | $750.00 | $750.00 |
| 100 3110 | DAVID E. GROCHOCINSKI<br>10520 Ravinia Place<br>Suite 29<br>Orland Park, IL 60462 | Administrative | | $0.00 | $7,091.67 | $7,091.67 |
| 100 3110 | InnovaLaw<br>10520 Ravinia Place<br>Suite 29<br>Orland Park, IL 60462 | Administrative | | $0.00 | $0.00 | $7,285.50 |
| 100 3120 | InnovaLaw<br>10520 Ravinia Place<br>Suite 29<br>Orland Park, IL 60462 | Administrative | | $0.00 | $0.00 | $117.05 |
| 100 3410 | ALAN D. LASKO & ASSOCIATES<br>29 South Lasalle Street<br>Suite 1240<br>Chicago, IL  60603 | Administrative | | $0.00 | $827.20 | $827.20 |
| 100 3420 | ALAN D. LASKO & ASSOCIATES<br>29 South Lasalle Street<br>Suite 1240<br>Chicago, IL  60603 | Administrative | | $0.00 | $19.69 | $19.69 |
| 1 610 7100 | N. A. FIA CARD SERVICES<br>Bank of America NA/MBNA America BK<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC  27410 | Unsecured | Acct.# 4367 | $0.00 | $3,798.51 | $3,798.51 |
| 2 610 7100 | PYOD, LLC ITS SUCCESSORS AND ASSIGN<br>of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC  29602 | Unsecured | Acct.# 5739 | $0.00 | $2,425.07 | $2,425.07 |
| 3 610 7100 | PYOD, LLC ITS SUCCESSORS AND ASSIGN<br>of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC  29602 | Unsecured | Acct.# 7460 | $0.00 | $1,058.14 | $1,058.14 |

Page 1                                    Printed: December 23, 2014

**UST Form 101-7-TFR (5/1/2011)** *(Page: 10)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:12-15196-DRC  Date: December 23, 2014
Debtor Name: CLAUDINE MCKIDDY
Claims Bar Date: 1/14/2013

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 4 | N. A. CITIBANK | Unsecured | | $0.00 | $936.95 | $936.95 |
| 610 | c/o American InfoSource LP | | | | | |
| 7100 | PO Box 248840 | | Acct.# 9617 | | | |
| | Oklahoma City, OK 73124-8840 | | | | | |
| | Case Totals | | | $0.00 | $16,907.23 | $24,309.78 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 2  Printed: December 23, 2014

UST Form 101-7-TFR (5/1/2011) *(Page: 11)*

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-15196
Case Name: CLAUDINE MCKIDDY
Trustee Name: DAVID R. BROWN

Balance on hand    $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DAVID R. BROWN | $ | $ | $ |
| Attorney for Trustee Fees: InnovaLaw | $ | $ | $ |
| Attorney for Trustee Expenses: InnovaLaw | $ | $ | $ |
| Accountant for Trustee Fees: ALAN D. LASKO & ASSOCIATES | $ | $ | $ |
| Accountant for Trustee Expenses: ALAN D. LASKO & ASSOCIATES | $ | $ | $ |
| Other: Trustee Fees: DAVID E. GROCHOCINSKI | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | N. A. FIA CARD SERVICES | $ | $ | $ |
| 2 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | $ | $ | $ |
| 3 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | $ | $ | $ |
| 4 | N. A. CITIBANK | $ | $ | $ |

Total to be paid to timely general unsecured creditors     $_____

Remaining Balance     $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE