**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CLAUDINE MCKIDDY | § | Case No. 12-15196 |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DAVID R. BROWN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the Trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 1/30/15 in Courtroom 240,

Old Kane County Courthouse
100 S. Third Street
Geneva, Illinois 60134

If no objections are filed, upon entry of an Order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further Order of the Court.

Date Mailed: _____    By: _____

*DAVID R. BROWN*
*Springer Brown, LLC*
*400 South County Farm Road*
*Suite 330*
*Wheaton, IL 60187*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:         §
               §
CLAUDINE MCKIDDY   §   Case No. 12-15196
               §
Debtor(s)      §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 141,000.00 |
| and approved disbursements of | $ | 121,799.34 |
| leaving a balance on hand of[1] | $ | 19,200.66 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DAVID R. BROWN | $ 750.00 | $ 0.00 | $ 750.00 |
| Attorney for Trustee Fees: InnovaLaw | $ 7,285.50 | $ 0.00 | $ 7,285.50 |
| Attorney for Trustee Expenses: InnovaLaw | $ 117.05 | $ 0.00 | $ 117.05 |
| Accountant for Trustee Fees: ALAN D. LASKO & ASSOCIATES | $ 827.20 | $ 0.00 | $ 827.20 |
| Accountant for Trustee Expenses: ALAN D. LASKO & ASSOCIATES | $ 19.69 | $ 0.00 | $ 19.69 |
| Trustee Fees: DAVID E. GROCHOCINSKI | $ 7,091.67 | $ 0.00 | $ 7,091.67 |
| Total to be paid for chapter 7 administrative expenses | | | $ 16,091.11 |
| Remaining Balance | | | $ 3,109.55 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 8,218.67 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 37.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | N. A. FIA CARD SERVICES | $ 3,798.51 | $ 0.00 | $ 1,437.17 |
| 2 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | $ 2,425.07 | $ 0.00 | $ 917.53 |
| 3 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | $ 1,058.14 | $ 0.00 | $ 400.35 |
| 4 | N. A. CITIBANK | $ 936.95 | $ 0.00 | $ 354.50 |

Total to be paid to timely general unsecured creditors   $ 3,109.55

Remaining Balance   $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ David R. Brown
Trustee

*DAVID R. BROWN*
*Springer Brown, LLC*
*400 South County Farm Road*
*Suite 330*
*Wheaton, IL 60187*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                              Case No. 12-15196-DRC
Claudine McKiddy                                                                    Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1         User: gbeemster              Page 1 of 2              Date Rcvd: Jan 05, 2015
                      Form ID: pdf006                Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 07, 2015.
```
db              #+Claudine McKiddy,    334 Danburry Dr. Naperville,    Naperville, IL 60565-3239
18774738        +Accord Creditor Services, LLC,    PO Box 10002,    Newnan, GA 30271-0002
18774739        +Allied Interstate,    PO Box 1954,    Southgate, MI 48195-0954
18774740        #+Angie Curth,    3947 Havenhill Ct.,    Yorkville, IL 60560-4705
18774742       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank Of America,     Po Box 982238,    El Paso, TX 79998)
18774743        +Bank Of America, N.a.,    450 American St,    Simi Valley, CA 93065-6285
18774746       ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court: Citibank Usa,     Citicorp Credit Services/Attn: Centraliz,
                 Po Box 20363,    Kansas City, MO 64195)
18774752       ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court: home depot,     processing cetner,    Des Moines, IA 50364-0001)
18774744        +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
18774747        +City of Naperville,    po box 1368,    Elmhurst, IL 60126-8368
18774749        +DuPage Medical Group,    1860 Paysphere Circle,    Chicago, IL 60674-0018
19658684         FIA CARD SERVICES, N.A.,    Bank of America NA/MBNA America BK,    4161 Piedmont Parkway,
                 NC4 105 03 14,    Greensboro, NC 27410
18774751        +Genesis Clinical Services,    1725 S. Naperville Rd.,    Suite 206,    Wheaton, IL 60189-5855
18774753        +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5213,    Carol Stream, IL 60197-5213
18774755        +Illinois Tollway,    PO Box 5201,    Lisle, IL 60532-5201
18774758        +Merchants Credit Guide,    223 W. Jackson Blvd.,    Suite 400,    Chicago, IL 60606-6974
18774764        +Naperville Medical Associates,    1891 Bay Scott circle,    suite 109,
                 Naperville, IL 60540-1138
18774766        +Nationstar Mortgage Ll,    Attn: Bankruptcy,    350 Highland Dr,    Lewisville, TX 75067-4177
18774769        +Portfolio Services,    po box 1259,    Oaks, PA 19456-1259
18774771        +Quest Diagnostics,    PO Box 809403,    Chicago, IL 60680-9403
18774772         Sears/cbna,    133200 Smith Rd,    Cleveland, OH 44130
18774773        +Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
18774754         illinois state toll highway authori,    135 s. Lasalle dept 8021,    Chicago, IL 60674-8021
18774765        +naperville radiologists,    6910 s. madison street,    Willowbrook, IL 60527-5504
18774770         quest diagnostics,    p.o. box 64804,    Baltimore, MD 21264-4804
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18774737        +E-mail/Text: abcrecoveryinc@aol.com Jan 06 2015 01:26:18      Abc Credit & Recovery,
                 4736 Main St Apt #,    Lisle, IL 60532-1753
18774741         E-mail/Text: g17768@att.com Jan 06 2015 01:24:47      At&T,    p.o. box 8100,
                 Aurora, IL 60507-8100
19861011         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 06 2015 01:49:43      Citibank, N.A.,
                 c/o American InfoSource LP,    PO Box 248840,    Oklahoma City, OK 73124-8840
18774748         E-mail/Text: legalcollections@comed.com Jan 06 2015 01:27:21      Com Ed,    Bill Payment Center,
                 Chicago, IL 60668-0001
18774750        +E-mail/Text: bankruptcy@edward.org Jan 06 2015 01:26:43      Edward Hospital,    PO Box 4207,
                 Carol Stream, IL 60197-4207
18774756        +E-mail/Text: ndaily@ksnlaw.com Jan 06 2015 01:25:24      Kovitz Shifrin Nesbit,
                 750 Lake Cook Road,    Suite 350,    Buffalo Grove, IL 60089-2086
18774757        +E-mail/Text: bankruptcy@edward.org Jan 06 2015 01:26:43      Linden Oaks Hospital at Edward,
                 PO Box 4070,    Carol Stream, IL 60197-4070
18774768         E-mail/Text: bankrup@aglresources.com Jan 06 2015 01:24:35      Nicor,    PO Box 310,
                 Aurora, IL 60507-0310
19751065        +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 06 2015 01:29:39
                 PYOD, LLC its successors and assigns as assignee,     of Citibank,    Resurgent Capital Services,
                 PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 9
```

```
                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18774745*       +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
18774759*       +Merchants Credit Guide,    223 W. Jackson Blvd.,    Suite 400,    Chicago, IL 60606-6974
18774760*       +Merchants Credit Guide,    223 W. Jackson Blvd.,    Suite 400,    Chicago, IL 60606-6974
18774761*       +Merchants Credit Guide,    223 W. Jackson Blvd.,    Suite 400,    Chicago, IL 60606-6974
18774762*       +Merchants Credit Guide,    223 W. Jackson Blvd.,    Suite 400,    Chicago, IL 60606-6974
18774763*       +Merchants Credit Guide,    223 W. Jackson Blvd.,    Suite 400,    Chicago, IL 60606-6974
18774767*       +Nationstar Mortgage Ll,    Attn: Bankruptcy,    350 Highland Dr,    Lewisville, TX 75067-4177
                                                                                   TOTALS: 0, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0752-1          User: gbeemster              Page 2 of 2                  Date Rcvd: Jan 05, 2015
                              Form ID: pdf006              Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2015                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 30, 2014 at the address(es) listed below:
              David   Brown, ESQ    on behalf of Accountant Alan D Lasko & Associates dbrown@springerbrown.com,
               jkrafcisin@springerbrown.com
              David R Brown, ESQ     dbrown@springerbrown.com,    dbrown@ecf.epiqsystems.com;jill@springerbrown.com
              Joseph R Voiland    on behalf of Debtor Claudine   McKiddy jrvoiland@sbcglobal.net
              Kathleen M. McGuire    on behalf of Attorney     InnovaLaw, P.C. kmcguire@innovalaw.com,
               kmmcguirelaw@sbcglobal.net,lawyers@innovalaw.com,khubert@innovalaw.com
              Michelle E Mandroiu    on behalf of Debtor Claudine   McKiddy mmandroiu@changandcarlin.com,
               changcarlin@iamthewolf.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Rachael A Stokas    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York,
               as Trustee for the holders of the certificates, First Horizon Mortgage Pass-Through Certificates
               Series FHAMS 2006-AA8, by First Horizon Home Lo ND-Two@il.cslegal.com
              Ronald J. Kapustka    on behalf of Creditor    Commons of Yorkville Condominium Association
               ndaily@ksnlaw.com,    bankruptcy@ksnlaw.com
                                                                                             TOTAL: 8
```