UNITED STATES BANKRUPTCY COURT
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: MCKIDDY, CLAUDINE | § | Case No. 12-15196 |
| | § | |
| | § | |
| | § | |
| Debtor(s) | | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

David R. Brown, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: $361,037.00 | | Assets Exempt: $21,700.00 | |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: $62,252.04 | | Claims Discharged Without Payment: $5,109.12 | |
| Total Expenses of Administration: $29,581.39 | | | |

3) Total gross receipts of $141,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $49,166.57 (see **Exhibit 2**), yielded net receipts of $91,833.43 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $59,142.49 | $59,142.49 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $18,238.56 | $39,131.39 | $29,581.39 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $0.00 | $8,218.67 | $8,218.67 | $3,109.55 |
| **TOTAL DISBURSEMENTS** | $0.00 | $26,457.23 | $106,492.55 | $91,833.43 |

4) This case was originally filed under chapter 7 on 04/13/2012.  The case was pending for 42 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  09/28/2015

By: /s/ David R. Brown

Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

**UST Form 101-7-TDR ( 10 /1/2010)**

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 334 Danburry Dr. Naperville, IL 60565 Debtor has | 1110-000 | $141,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$141,000.00** |
| [1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes. | | |

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | Sale of Real Estate; $34,166.57 | 8500-000 | $34,166.57 |
| CLAUDINE MCKIDDY | Homestead exemption for 334 Danbury Dr., Naperville property 8100-002 $-15,000.00; $15,000.00 | 8100-000 | $15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$49,166.57** |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sale of Real Estate | 4110-000 | NA | NA | $59,142.49 | $59,142.49 |
| | **TOTAL SECURED** | | **$0.00** | **$0.00** | **$59,142.49** | **$59,142.49** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID R. BROWN | 2100-000 | NA | $10,300.00 | $10,300.00 | $750.00 |
| InnovaLaw | 3110-000 | $0.00 | $0.00 | $7,285.50 | $7,285.50 |
| DAVID E. GROCHOCINSKI | 3110-000 | NA | $7,091.67 | $7,091.67 | $7,091.67 |
| InnovaLaw | 3120-000 | $0.00 | $0.00 | $117.05 | $117.05 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | NA | $16.13 | $16.13 |
| Sale of Real Estate | 2500-000 | NA | NA | $1,850.08 | $1,850.08 |
| The Bank of New York Mellon | 2600-000 | NA | NA | $151.72 | $151.72 |
| Green Bank | 2600-000 | NA | NA | $228.39 | $228.39 |
| GREEN BANK | 2600-000 | NA | NA | $69.68 | $69.68 |
| Sale of Real Estate | 2820-000 | NA | NA | $3,524.28 | $3,524.28 |
| Sale of Real Estate | 3210-000 | NA | NA | $600.00 | $600.00 |
| ALAN D. LASKO & ASSOCIATES | 3410-000 | NA | $827.20 | $827.20 | $827.20 |
| ALAN D. LASKO & ASSOCIATES | 3420-000 | NA | $19.69 | $19.69 | $19.69 |
| Sale of Real Estate | 3510-000 | NA | NA | $7,050.00 | $7,050.00 |
| Sale of Naperville property funds issued in error. Money refunded per order of 2/14/2014 | 3520-000 | NA | NA | -$500.00 | -$500.00 |
| Sale of Real Estate | 3520-000 | NA | NA | $500.00 | $500.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$0.00** | **$18,238.56** | **$39,131.39** | **$29,581.39** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | N. A. FIA CARD SERVICES | 7100-000 | $0.00 | $3,798.51 | $3,798.51 | $1,437.17 |
| 2 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | $0.00 | $2,425.07 | $2,425.07 | $917.53 |
| 3 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | $0.00 | $1,058.14 | $1,058.14 | $400.35 |
| 4 | N. A. CITIBANK | 7100-000 | $0.00 | $936.95 | $936.95 | $354.50 |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$0.00** | **$8,218.67** | **$8,218.67** | **$3,109.55** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page:    1

**Case No.:**   12-15196

**Case Name:**   MCKIDDY, CLAUDINE

**For Period Ending:**   09/28/2015

**Trustee Name:**   (330580) David R. Brown

**Date Filed (f) or Converted (c):**  04/13/2012 (f)

**§ 341(a) Meeting Date:**   07/03/2012

**Claims Bar Date:**  01/14/2013

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 3947 Haven Hill Ct. Yorkville, IL 60560 | 121,900.00 | 0.00 | | 0.00 | FA |
| 2 | 334 Danburry Dr. Naperville, IL 60565 Debtor has<br>a half interest in this house needs a new roof needs new furnace needs a new driveway | 55,000.00 | 0.00 | | 141,000.00 | FA |
| 3 | Checking account with Harris Bank | 600.00 | 0.00 | | 0.00 | FA |
| 4 | Savings account with Harris Bank | 200.00 | 0.00 | | 0.00 | FA |
| 5 | Checking account with Harris Bank | 150.00 | 0.00 | | 0.00 | FA |
| 6 | Checking account with Harris | 3.00 | 0.00 | | 0.00 | FA |
| 7 | Misc used household goods | 900.00 | 0.00 | | 0.00 | FA |
| 8 | used clothing | 300.00 | 0.00 | | 0.00 | FA |
| 9 | Term life insurance through employer - no curren<br>cash value | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Term life insurance through American Family<br>Insurance - no cash surrender value | 0.00 | 0.00 | | 0.00 | FA |
| 11 | 401(K) | 1,500.00 | 0.00 | | 0.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page:     2

Case No.:     12-15196

Case Name:     MCKIDDY, CLAUDINE

For Period Ending:     09/28/2015

Trustee Name:     (330580) David R. Brown

Date Filed (f) or Converted (c):     04/13/2012 (f)

§ 341(a) Meeting Date:     07/03/2012

Claims Bar Date:     01/14/2013

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 12 | 2005 Dodge Durango - 92K miles | 5,484.00 | 0.00 | | 0.00 | FA |
| 13 | 1 dog, 2 cats | 0.00 | 0.00 | | 0.00 | FA |
| 14 | 1308 Goldenrod Drive, Naperville, IL (u) | 230,000.00 | 0.00 | OA | 0.00 | FA |
| 15 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 16 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 17 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 18 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 19 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 20 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 21 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 22 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 23 | Void (u) | Unknown | 0.00 | | 0.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page:    3

Case No.:    12-15196

Case Name:    MCKIDDY, CLAUDINE

For Period Ending:    09/28/2015

Trustee Name:    (330580) David R. Brown

Date Filed (f) or Converted (c):    04/13/2012 (f)

§ 341(a) Meeting Date:    07/03/2012

Claims Bar Date:    01/14/2013

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 24 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 25 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 26 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 27 | Post-Petition Interest Deposits (u) | Unknown | Unknown | | 0.00 | Unknown |
| | **Assets       Totals**    (Excluding unknown values) | **$416,037.00** | **$0.00** | | **$141,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    12/31/2013

**Current Projected Date Of Final Report (TFR):**    12/12/2014

UST Form 101-7-TDR ( 10 /1/2010)

Exhibit 9
Page:        4

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 12-15196 | |
| **Case Name:** | MCKIDDY, CLAUDINE | |
| **Taxpayer ID #:** | **-***6513 | |
| **For Period Ending:** | 09/28/2015 | |

| | | |
|---|---|---|
| **Trustee Name:** | David R. Brown (330580) | |
| **Bank Name:** | GREEN BANK | |
| **Account #:** | ********9601 Checking Account | |
| **Blanket Bond (per case limit):** | $77,173,558.00 | |
| **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/21/2013 | | First American Title Insurance Comp | Sale of Real Estate | | 34,166.58 | | 34,166.58 |
| | {2} | First American Title Insurance Comp | Sale of Real Estate $141,000.00 | 1110-000 | | | 34,166.58 |
| | | First American Title Insurance Comp | Sale of Real Estate -$500.00 | 3520-000 | | | 34,166.58 |
| | | First American Title Insurance Comp | Sale of Real Estate -$600.00 | 3210-000 | | | 34,166.58 |
| | | First American Title Insurance Comp | Sale of Real Estate -$59,142.49 | 4110-000 | | | 34,166.58 |
| | | First American Title Insurance Comp | Sale of Real Estate -$6,050.00 | 3510-000 | | | 34,166.58 |
| | | First American Title Insurance Comp | Sale of Real Estate -$70.50 | 2820-000 | | | 34,166.58 |

*{ } Asset Reference(s)*    **UST Form 101-7-TDR ( 10 /1/2010)**    *! - transaction has not been cleared*

Exhibit 9

Page:      5

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 12-15196 | |
| **Case Name:** | MCKIDDY, CLAUDINE | |
| **Taxpayer ID #:** | **-***6513 | |
| **For Period Ending:** | 09/28/2015 | |

| | |
|---|---|
| **Trustee Name:** | David R. Brown (330580) |
| **Bank Name:** | GREEN BANK |
| **Account #:** | ********9601 Checking Account |
| **Blanket Bond (per case limit):** | $77,173,558.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | First American Title Insurance Comp | Sale of Real Estate<br>-$141.00 | 2820-000 | | | 34,166.58 |
| | | First American Title Insurance Comp | Sale of Real Estate<br>-$3,312.78 | 2820-000 | | | 34,166.58 |
| | | First American Title Insurance Comp | Sale of Real Estate<br>-$1,000.00 | 3510-000 | | | 34,166.58 |
| | | First American Title Insurance Comp | Sale of Real Estate<br>-$34.75 | 2500-000 | | | 34,166.58 |
| | | First American Title Insurance Comp | Sale of Real Estate<br>-$34,166.57 | 8500-000 | | | 34,166.58 |
| | | First American Title Insurance Comp | Sale of Real Estate<br>-$40.00 | 2500-000 | | | 34,166.58 |
| | | First American Title Insurance Comp | Sale of Real Estate<br>-$1,250.00 | 2500-000 | | | 34,166.58 |

*{ } Asset Reference(s)*      **UST Form 101-7-TDR ( 10 /1/2010)**      *! - transaction has not been cleared*

Exhibit 9

Page:        6

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 12-15196 | |
| **Case Name:** | MCKIDDY, CLAUDINE | |
| **Taxpayer ID #:** | **-***6513 | |
| **For Period Ending:** | 09/28/2015 | |

| | | |
|---|---|---|
| **Trustee Name:** | David R. Brown (330580) | |
| **Bank Name:** | GREEN BANK | |
| **Account #:** | ********9601 Checking Account | |
| **Blanket Bond (per case limit):** | $77,173,558.00 | |
| **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | First American Title Insurance Comp | Sale of Real Estate -$22.33 | 2500-000 | | | 34,166.58 |
| | | First American Title Insurance Comp | Sale of Real Estate -$100.00 | 2500-000 | | | 34,166.58 |
| | | First American Title Insurance Comp | Sale of Real Estate -$3.00 | 2500-000 | | | 34,166.58 |
| | | First American Title Insurance Comp | Sale of Real Estate -$350.00 | 2500-000 | | | 34,166.58 |
| | | First American Title Insurance Comp | Sale of Real Estate -$50.00 | 2500-000 | | | 34,166.58 |
| 11/25/2013 | | First American Title Insurance Comp | Sale of Naperville property funds issued in error. Money refunded per order of 2/14/2014 | 3520-000 | | -500.00 | 34,666.58 |
| 12/06/2013 | | Green Bank | Bank Service Fee for November | 2600-000 | | 17.94 | 34,648.64 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | 54.11 | 34,594.53 |

{} Asset Reference(s)    **UST Form 101-7-TDR ( 10 /1/2010)**    *! - transaction has not been cleared*

Exhibit 9

Page:        7

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 12-15196 | |
| **Case Name:** | MCKIDDY, CLAUDINE | |
| **Taxpayer ID #:** | **-***6513 | |
| **For Period Ending:** | 09/28/2015 | |

| | |
|---|---|
| **Trustee Name:** | David R. Brown (330580) |
| **Bank Name:** | GREEN BANK |
| **Account #:** | ********9601 Checking Account |
| **Blanket Bond (per case limit):** | $77,173,558.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | 59.42 | 34,535.11 |
| 02/20/2014 | 3001 | CLAUDINE MCKIDDY | Homestead exemption for 334 Danbury Dr., Naperville property 8100-002 $-15,000.00 | 8100-000 | | 15,000.00 | 19,535.11 |
| 02/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | 50.33 | 19,484.78 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | 46.59 | 19,438.19 |
| 04/02/2014 | 3002 | INTERNATIONAL SURETIES, LTD | Blanket bond #016026455 2/01/14 to 2/10/15 2300-000 $-16.13 | 2300-000 | | 16.13 | 19,422.06 |
| 04/30/2014 | | GREEN BANK | bank service fee | 2600-000 | | 30.33 | 19,391.73 |
| 05/30/2014 | | GREEN BANK | bank service fee | 2600-000 | | 32.30 | 19,359.43 |
| 06/09/2014 | | GREEN BANK | bank service fee | 2600-000 | | 7.05 | 19,352.38 |
| 06/10/2014 | | Estate of CLAUDINE MCKIDDY, 12-1519 | transfer by deposit to Bank of NY Mellon | 9999-000 | | 19,352.38 | 0.00 |

Exhibit 9

Page: 8

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 12-15196 | |
| **Case Name:** | MCKIDDY, CLAUDINE | |
| **Taxpayer ID #:** | **-***6513 | |
| **For Period Ending:** | 09/28/2015 | |

| | |
|---|---|
| **Trustee Name:** | David R. Brown (330580) |
| **Bank Name:** | GREEN BANK |
| **Account #:** | ********9601 Checking Account |
| **Blanket Bond (per case limit):** | $77,173,558.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | **COLUMN TOTALS** | | | 34,166.58 | 34,166.58 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 19,352.38 | |
| | | **Subtotal** | | | 34,166.58 | 14,814.20 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $34,166.58 | $14,814.20 | |

Exhibit 9

Page:        9

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 12-15196 |
| **Case Name:** | MCKIDDY, CLAUDINE |
| **Taxpayer ID #:** | **-***6513 |
| **For Period Ending:** | 09/28/2015 |

| | |
|---|---|
| **Trustee Name:** | David R. Brown (330580) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account #:** | **********7577 Money Market |
| **Blanket Bond (per case limit):** | $77,173,558.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/18/2014 | | Estate of CLAUDINE MCKIDDY, 12-1519 | Fund transfer Transfer of funds to DRB as successor trustee. | 9999-000 | 19,352.38 | | 19,352.38 |
| 07/08/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 10.21 | 19,342.17 |
| 08/07/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 28.75 | 19,313.42 |
| 09/08/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 28.71 | 19,284.71 |
| 10/07/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 27.75 | 19,256.96 |
| 11/07/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 28.63 | 19,228.33 |
| 12/05/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 27.67 | 19,200.66 |
| 02/04/2015 | 4001 | DAVID R. BROWN | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | 750.00 | 18,450.66 |
| 02/04/2015 | 4002 | DAVID E. GROCHOCINSKI | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | 7,091.67 | 11,358.99 |

{} Asset Reference(s)        **UST Form 101-7-TDR ( 10 /1/2010)**                                    ! - transaction has not been cleared

Exhibit 9

## Form 2

## Cash Receipts And Disbursements Record

Page:    10

| | | |
|---|---|---|
| **Case No.:** | 12-15196 | |
| **Case Name:** | MCKIDDY, CLAUDINE | |
| **Taxpayer ID #:** | **-***6513 | |
| **For Period Ending:** | 09/28/2015 | |

| | |
|---|---|
| **Trustee Name:** | David R. Brown (330580) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account #:** | *********7577 Money Market |
| **Blanket Bond (per case limit):** | $77,173,558.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/04/2015 | 4003 | InnovaLaw | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | 7,285.50 | 4,073.49 |
| 02/04/2015 | 4004 | InnovaLaw | Final distribution representing a payment of 100.00 % per court order. | 3120-000 | | 117.05 | 3,956.44 |
| 02/04/2015 | 4005 | ALAN D. LASKO & ASSOCIATES | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | 827.20 | 3,129.24 |
| 02/04/2015 | 4006 | ALAN D. LASKO & ASSOCIATES | Final distribution representing a payment of 100.00 % per court order. | 3420-000 | | 19.69 | 3,109.55 |
| 02/04/2015 | 4007 | N. A. FIA CARD SERVICES | Final distribution to claim 1 representing a payment of 37.84 % per court order. | 7100-000 | | 1,437.17 | 1,672.38 |
| 02/04/2015 | 4008 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | Final distribution to claim 2 representing a payment of 37.84 % per court order. | 7100-000 | | 917.53 | 754.85 |
| 02/04/2015 | 4009 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | Final distribution to claim 3 representing a payment of 37.84 % per court order. | 7100-000 | | 400.35 | 354.50 |
| 02/04/2015 | 4010 | N. A. CITIBANK | Final distribution to claim 4 representing a payment of 37.84 % per court order. | 7100-000 | | 354.50 | 0.00 |

Exhibit 9
Page:      11

# Form 2

## Cash Receipts And Disbursements Record

**Case No.:**           12-15196
**Case Name:**          MCKIDDY, CLAUDINE
**Taxpayer ID #:**      **-***6513
**For Period Ending:**  09/28/2015

**Trustee Name:**       David R. Brown (330580)
**Bank Name:**          The Bank of New York Mellon
**Account #:**          **********7577 Money Market
**Blanket Bond (per case limit):** $77,173,558.00
**Separate Bond (if applicable):** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | COLUMN TOTALS | | | 19,352.38 | 19,352.38 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 19,352.38 | 0.00 | |
| | | Subtotal | | | 0.00 | 19,352.38 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $0.00 | $19,352.38 | |

*{} Asset Reference(s)*     **UST Form 101-7-TDR ( 10 /1/2010)**     *! - transaction has not been cleared*

Exhibit 9

Page:   12

## Form 2

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 12-15196 | **Trustee Name:** | David R. Brown (330580) |
| **Case Name:** | MCKIDDY, CLAUDINE | **Bank Name:** | The Bank of New York Mellon |
| **Taxpayer ID #:** | **-***6513 | **Account #:** | *********7577 Money Market |
| **For Period Ending:** | 09/28/2015 | **Blanket Bond (per case limit):** | $77,173,558.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ********9601 Checking Account | $34,166.58 | $14,814.20 | $0.00 |
| *********7577 Money Market | $0.00 | $19,352.38 | $0.00 |
| | **$34,166.58** | **$34,166.58** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)